UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY W. NEWTON,

    Plaintiff,

v.

                                  Case No. 1:20-cv-836

COMMISSIONER OF SOCIAL
SECURITY,
                                  Hon. Hala Y. Jarbou

    Defendant.
_____/

## ORDER

On May 17, 2022, Magistrate Judge Ray Kent issued a Report and Recommendation (R&R) recommending that the Commissioner's decision be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405g (ECF No. 30).  The R&R was duly served on the parties.  No objections have been filed, and the deadline for doing so expired on May 31, 2022.  On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 30) is **APPROVED** and **ADOPTED** as the opinion of the Court.

A judgment will issue in accordance with this order.

Date:   June 2, 2022                              /s/ Hala Y. Jarbou
                                                             HALA Y. JARBOU
                                                             UNITED STATES DISTRICT JUDGE